**Denied and Opinion Filed October 12, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01051-CV

## IN RE TOMMY RAY KING, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-55339-R**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Partida-Kipness

Relator Tommy Ray King seeks a writ of mandamus to compel the trial court to rule on relator's motion to appoint counsel. To be entitled to mandamus relief in a criminal case, relator must show (1) he has no adequate remedy at law, and (2) what he seeks to compel is a ministerial act. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). Relator bears the burden to provide the Court with a sufficient record to establish his right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding).

Relator has not provided this Court with a record establishing his right to relief, and his petition does not comply with several of the requirements set out in

Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.3, 52.7. Accordingly, we deny the petition.

_/Robbie Partida-Kipness/_
ROBBIE PARTIDA-KIPNESS
JUSTICE

221051F.P05